# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

13 JAN -2 AM 9:23



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICARDO PATRIZ-CLAVEL,<br><br>                    Defendant. | CASE NO. 12CR4844-CAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 28, 2012

                                            Cathy Ann Bencivengo
                                            U.S. District Judge